# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

                     Plaintiff                    **SCHEDULING ORDER**

       -against-                        19 CR 816-1 (VB)

Ksaon L. Crute

                    Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for April 14, ,2020 at 2:30 p.m. before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: April 10, 2020
        White Plains, New York

                                                       SO ORDERED:

                                                       S/

                                                       _____
                                                       PAUL E. DAVISON
                                                       United States Magistrate Judge