**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0095



APPLICATION GRANTED
SO ORDERED:
_____
Vincent L. Briccetti, U.S.D.J.
Dated: 7/16/20
White Plains, NY

Conference adjourned to 9/14/20 at 9:00 a.m. This conference will be by telephone unless it is a plea, in which case it will be in person. Time excluded under Speedy Trial Act in the interests of justice until 9/14/20.

17 CR 110

July 16, 2020

Honorable Vincent Briccetti
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF

Re: United States v. Asaon Crute, 19 Cr. 816 (VB)
Request for Adjournment of Status Conference

Dear Judge Briccetti:

   I am appointed to represent Mr. Crute in the above matter pursuant to CJA. At the last staus conference held on June 1, 2020, the Court was advised that the parties were involved in substantive plea negotiations and were optimistic of an agreement. A short adjourn date for the next court conference for this case (and for the defendant's also pending VOSR, 17 Cr. 110 (VB)) was therefore jointly requested and both matters were scheduled for August 3, 2020 at 12:00 pm. (ECF Doc No. 25). In the interim, the Government anticipated receipt of additional discovery, specifically, a DNA forensic report, within a week. Unfortunately, there was a delay from the Westchester County Lab and I received the report only yesterday, July 15th. Based upon the information in the report, I have requested, and the Government has agreed, to provide additional discovery from the lab.

   There is insufficient time between now and August 3, 2020 for me to obtain and review the additional discovery and to consult with the defendant for him to make an informed decision as to whether there will be a plea or whether I will need to request a pretrial motion schedule.

   I therefore write to the Court to request a six week adjournment of the August 3, 2020 conference (along with an adjournment of 17 Cr. 110 (VB)) to a date convenient to the Court. I am informed by AUSA Lindsey Keenan that the Government has no objection to this application.

   Thank you as always, Your Honor, for your consideration.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA Lindsey Keenan (By ECF and Email/PDF)