UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA          :        **ORDER**

    v.                                           :

                                           :        19 CR 816 (VB)

KSAON CRUTE,                              :        17 CR 110 (VB)
                    Defendant.          :
-------------------------------------------------------x

      **A status conference in this matter is scheduled for September 14, 2020, at 9:00 a.m.**

Because of the current public health emergency, the Court will conduct the conference by

telephone conference call, provided that defendant, after consultation with counsel, waives his

right to be physically present and consents to appear by telephone.

      Accordingly, it is hereby ORDERED:

      1.  By August 31, 2020, defense counsel shall advise the Court in writing as to whether

his client waives his right to be physically present and consents to appear by telephone.

      2.  At the time of the scheduled hearing, all counsel and defendant shall attend by calling

the following number and entering the access code when requested:

      **Dial-In Number**:    **(888) 363-4749 (toll free) or (215) 446-3662**

      **Access Code:**    **1703567**

Dated:  August 6, 2020
       White Plains, NY           SO ORDERED:

                                           Vincent L. Briccetti
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2020