USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x

UNITED STATES OF AMERICA,　　　　　:

　　　-against-　　　　　　　　　　　:　　　19 Cr. 816 (VB)

KSAON CRUTE,　　　　　　　　　　　:　　　ORDER

　　　　　　　Defendant　　　　　　:

-----------------------------------------x

Hon. Vincent L. Briccetti, United States District Court Judge:

　　　The Defendant, KSAON CRUTE, (Reg. No. 71262-054), currently detained at the Metropolitan Correctional Center (MCC New York), will be filing a sentencing submission in which the defendant's medical and psychological condition, and treatment by the Federal Bureau of Prisons ("BOP"), may be cited as mitigating factors therein;

　　　It is hereby ORDERED that BOP release to Defendant's counsel of record, Howard E. Tanner, Esq., within five business days of this Order:

> The defendant's complete medical and psychological records from the time he entered into the custody of the Bureau of Prisons to the present.

SO ORDERED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Vincent L. Briccetti
　　　　　　　　　　　　　　　　　　United States District Judge, SDNY

Dated: November 5, 2020
White Plains, New York