UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_USA_, Plaintiff(s),

v.

_K. Crute_, Defendant(s).

------------------------------------------------------------x

**CALENDAR NOTICE**

19 CR 816 (VB)
17 CR 110 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/ **re-scheduled for:**

___ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

_✓_ Sentencing

on _4-28-_, 20_21_, at _2:30 pm_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _2-17-21_.

All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _1-12-_, 20 _21_
White Plains, NY

SO ORDERED:

_/s/ Vincent L. Briccetti_
Vincent L. Briccetti
United States District Judge