UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
_USA_,
                  Plaintiff(s),

v.

_K. Crute_,
                  Defendant(s).
------------------------------------------------------------x

USDSNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/21

**CALENDAR NOTICE**

_19 CR 816_ (VB)

     **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/re-scheduled for:

\_\_\_ Status conference        \_\_\_ Final pretrial conference

\_\_\_ Telephone conference      \_\_\_ Jury selection and trial

\_\_\_ Pre-motion conference      \_\_\_ Bench trial

\_\_\_ Settlement conference       \_\_\_ Suppression hearing

\_\_\_ Oral argument               \_\_\_ Plea hearing

\_\_\_ Bench ruling on motion     _✓_ Sentencing

on _6-4-_, 20_21_, at _2:45 PM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from _4/28/21_

     **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _4-12-_, 20_21_
White Plains, NY

SO ORDERED:

_/s/ Vincent L. Briccetti_
Vincent L. Briccetti
United States District Judge