UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA      :

                              :

v.                             :

                              :

KSAON L. CRUTE,          :

               Defendant.    :

------------------------------------------------------------x

**ORDER**

19 CR 816 (VB)

       Sentencing in the above matter is rescheduled for June 4, 2021, at 2:45 p.m.  The Court

expects to conduct this proceeding in person in the Courthouse.

       Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY

courthouse must complete a questionnaire and have his or her temperature taken.  The

questionnaire is located on the Court's website at:

https://www.nysd.uscourts.gov/sites/default/files/2020-
09/SDNY%20COVID%20ENTRY%20QUESTIONNAIRE%20GUIDE%209-2-2020.pdf.

Completing the questionnaire online and ahead of time will save time and effort upon entry.

Only those individuals who meet the entry requirements established by the questionnaire will be

permitted entry.  Please contact Chambers if you do not meet the requirements.

Dated: April 12, 2021
       White Plains, NY

                 SO ORDERED:

                 Vincent L. Briccetti
                 United States District Judge