UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

KSAON CRUTE,

                Defendant.
--------------------------------------------------------------x

**ORDER**

19 CR 816 (VB)

        By motion filed on April 24, 2023, defendant Ksaon Crute seeks a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

        The government is directed to file a response to the motion by May 16, 2023. The government's response shall address the issue of exhaustion as well as the merits of the motion.

        If defendant wishes to file a reply to the government's submission, he shall do so by no later than June 6, 2023.

        Chambers will mail a copy of this Order to defendant at the following address:

Ksaon Crute, Reg. No. 71262-054
FCI Petersburg Medium
Federal Correctional Institution
P.O. Box 1000
Petersburg, VA  23804

Dated: April 25, 2023
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge