UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

KSAON CRUTE,
                    Defendant.
-------------------------------------------------------------x

DATE FILED: 6/23/2023

**ORDER**

19 CR 816 (VB)

Copies Mailed/Faxed  LC  6/23/2023
Chambers of Vincent L. Briccetti

       In a letter dated June 6, 2023 (which was received by the Court and docketed on June 23, 2023), defendant states he never received the government's response to his motion for reduction of sentence. The docket, however, reflects that a copy of the government's response, dated May 16, 2023, was mailed to defendant. Therefore, the government has not "forfeited its opportunity" to object to the motion.[1]

       In any event, because defendant says he has not received the government's May 16 letter, the government is directed, by no later than June 26, 2023, to re-mail the May 16 letter and its attachments to defendant at the following address, <u>and file proof of service on the ECF docket</u>:

    Ksaon Crute, Reg. No. 71262-054
    FCI Petersburg Medium
    Federal Correctional Institution
    P.O. Box 1000
    Petersburg, VA  23804

       If defendant wises to file a reply to the government's May 16 letter, he must do so by no later than July 17, 2023.

       Chambers will mail a copy of this Order to defendant at the above address.

Dated: June 23, 2023
       White Plains, NY

                                              SO ORDERED:

                                              /s/ Vincent L. Briccetti
                                              Vincent L. Briccetti
                                              United States District Judge

---

[1]    The government need not file a response to defendant's June 6, 2023, letter.