UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **ORDER**
v.                                :
                                  :     19 CR 816 (VB)
KSAON CRUTE,                      :
        Defendant.             :
------------------------------------------------------x

      By Order dated November 2, 2023, the Court reappointed Howard E. Tanner, Esq., as CJA counsel for defendant Crute for the purpose of investigating and pursuing a possible motion for reduction of sentence pursuant to Amendment 821 to the Sentencing Guidelines. On December 29, 2023, the Probation Department issued a supplemental presentence investigation report concluding defendant is eligible for such a sentence reduction under the "status points" portion of Amendment 821, which amends Section 4A1.1(e) of the Guidelines.

      Accordingly, by no later than January 23, 2024, defendant may make an appropriate motion pursuant to 18 U.S.C. § 3582(c)(2) and Section 1B1.10 of the Guidelines. By no later than February 13, 2024, the government shall file a response.

      The motion will be resolved on the parties' written submissions, unless otherwise ordered by the Court.

Dated: January 2, 2024
       White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge